ROMAN SILVERSMITHS, INC., Appellant and Respondent, *v.* HAMPSHIRE SILVER CO., INC., et al., Respondents and Appellants, and IRWIN FENTON, Intervener, Defendant.

Argued February 24, 1954; decided April 8, 1954.

*Frederick E. Weinberg* and *Stanley M. Estrow* for appellant-respondent.

*Charles Sonnenreich* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.